IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CINAMAKER, INC.,** | |
| Plaintiff, | Civil Action No. 1:23cv5542-TWT |
| v. | |
| **GARY BAKER,** | |
| Defendant. | |

### PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR SERVICE

On December 4, 2023, Plaintiff Cinamaker, Inc. ("Cinamaker") filed its complaint for theft and declaratory judgment ("Complaint") against Defendant Gary Baker. (*See* Doc. 1.) Cinamaker attempted to serve Mr. Baker and his attorney on January 25, 2024. Mr. Baker's attorney alleges that Mr. Baker was not properly served. Mr. Baker is aware of the Complaint, as his attorney and Cinamaker's attorney have communicated several times about the Complaint filed in this Court.

In fact, after Cinamaker filed its complaint, Mr. Baker filed a complaint against Cinamaker in California state court, to which Cinamaker then removed to the United States District Court of the Central District of California. (*See* Exhibit A – Motion to Remove). After removing the suit, Cinamaker then filed its motion to dismiss, or in the alternative, transfer to the Northern District of Georgia. (*See* Exhibit B – Motion to Dismiss).

#102116746v1

On March 1, 2024, attorney for Cinamaker, Joseph Lavigne, requested that Mr. Baker waive service since his attorney took the position that service may not have been proper. In response, Mr. Baker's attorney stated that he would talk to his client about waiving service. On March 4, 2024, Mr. Baker, through his attorney, agreed to waive service. A waiver of service was sent to Mr. Baker and his attorney by email and mail, however, Mr. Baker has yet to return the waiver of service.  On March 11, 2024, counsel for Cinamaker emailed Mr. Baker's attorney to request the return of the completed wavier of service form, however counsel has yet to respond as of the date of this Motion.

Under the Federal Rules of Civil Procedure Rule 4, Cinamaker has 90 days to serve Mr. Baker with its Complaint. Due to the delayed arrival of Mr. Baker's waiver of service, Cinamaker has been unable to file its proof of service with this Court. The deadline to serve Mr. Baker was March 4, 2024. For this reason, Cinamaker requests that this Court grant an additional 60 days from the deadline pursuant to Federal Rule of Civil Procedure 4(m) to properly serve and file proof of service on Mr. Baker by May 3, 2024.

## **CONCLUSION**

Plaintiff Cinamaker, Inc. respectfully requests this Court GRANT its Motion to Extend Deadline of Service for an additional 60 days in order for Plaintiff and defendant Gary Baker to reach an agreement regarding waiver of service.

#102116746v1

Respectfully submitted, March 13, 2023.

/s/ David J. Forestner

DAVID J. FORESTNER
Georgia Bar No. 269177
Jones Walker LLP
3455 Peachtree Road, NE, Suite 1400
Atlanta, Georgia 30326
(404) 870-7527

## **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1D**

I hereby certify that the foregoing pleading was prepared with the Times New Roman font in 14-point type that conforms with Northern District of Georgia Local Rule 5.1C.

/s/ David J. Forestner

DAVID J. FORESTNER
Georgia Bar No. 269177

#102116746v1