**EXHIBIT B**

**Table C.**
**U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Periods Ending December 31, 2022 and 2023**

| Circuit and District | Filed | | | Terminated | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2022 | 2023 | Percent Change[1] | 2022 | 2023 | Percent Change[1] | 2022 | 2023 | Percent Change[1] |
| **Total** | **265,615** | **360,793** | **35.8** | **317,704** | **296,612** | **-6.6** | **593,480** | **656,689** | **10.7** |
| **DC** | **3,937** | **3,898** | **-1.0** | **3,716** | **3,461** | **-6.9** | **4,564** | **4,969** | **8.9** |
| **1st** | **4,773** | **5,820** | **21.9** | **5,111** | **6,032** | **18.0** | **9,470** | **9,241** | **-2.4** |
| ME | 437 | 467 | 6.9 | 433 | 456 | 5.3 | 401 | 409 | 2.0 |
| MA | 2,601 | 3,596 | 38.3 | 2,847 | 2,784 | -2.2 | 3,199 | 3,994 | 24.9 |
| NH | 564 | 544 | -3.5 | 402 | 1,316 | 227.4 | 3,875 | 3,103 | -19.9 |
| RI | 458 | 540 | 17.9 | 564 | 549 | -2.7 | 648 | 641 | -1.1 |
| PR | 713 | 673 | -5.6 | 865 | 927 | 7.2 | 1,347 | 1,094 | -18.8 |
| **2nd** | **24,636** | **27,888** | **13.2** | **27,054** | **25,586** | **-5.4** | **28,476** | **30,689** | **7.8** |
| CT | 1,726 | 1,757 | 1.8 | 1,949 | 1,838 | -5.7 | 1,897 | 1,814 | -4.4 |
| NY,N | 1,628 | 1,868 | 14.7 | 1,930 | 1,725 | -10.6 | 1,731 | 1,869 | 8.0 |
| NY,E | 8,054 | 9,638 | 19.7 | 8,046 | 8,276 | 2.9 | 8,956 | 10,296 | 15.0 |
| NY,S | 11,369 | 11,676 | 2.7 | 12,652 | 11,004 | -13.0 | 12,708 | 13,318 | 4.8 |
| NY,W | 1,624 | 2,161 | 33.1 | 2,213 | 2,223 | 0.5 | 2,923 | 2,863 | -2.1 |
| VT | 235 | 788 | 235.3 | 264 | 520 | 97.0 | 261 | 529 | 102.7 |
| **3rd** | **21,737** | **39,197** | **80.3** | **22,755** | **22,799** | **0.2** | **77,834** | **93,158** | **19.7** |
| DE | 1,703 | 1,519 | -10.8 | 2,086 | 1,398 | -33.0 | 1,885 | 2,034 | 7.9 |
| NJ | 9,057 | 24,688 | 172.6 | 9,053 | 8,791 | -2.9 | 62,404 | 78,298 | 25.5 |
| PA,E | 5,871 | 7,402 | 26.1 | 6,322 | 7,455 | 17.9 | 8,025 | 6,880 | -14.3 |
| PA,M | 2,135 | 2,234 | 4.6 | 2,323 | 2,316 | -0.3 | 2,546 | 2,451 | -3.7 |
| PA,W | 2,831 | 3,237 | 14.3 | 2,744 | 2,719 | -0.9 | 2,544 | 3,070 | 20.7 |
| VI | 140 | 117 | -16.4 | 227 | 120 | -47.1 | 430 | 425 | -1.2 |
| **4th** | **17,467** | **22,757** | **30.3** | **17,128** | **17,849** | **4.2** | **20,759** | **25,698** | **23.8** |
| MD | 3,526 | 3,687 | 4.6 | 3,948 | 4,152 | 5.2 | 4,189 | 3,726 | -11.1 |
| NC,E | 1,634 | 3,322 | 103.3 | 1,724 | 1,847 | 7.1 | 2,020 | 3,240 | 60.4 |
| NC,M | 1,154 | 1,141 | -1.1 | 1,155 | 1,156 | 0.1 | 998 | 983 | -1.5 |
| NC,W | 1,142 | 1,456 | 27.5 | 1,381 | 1,312 | -5.0 | 943 | 1,088 | 15.4 |
| SC | 4,430 | 6,727 | 51.9 | 3,161 | 3,305 | 4.6 | 6,615 | 10,339 | 56.3 |
| VA,E | 2,941 | 3,511 | 19.4 | 3,045 | 3,292 | 8.1 | 2,482 | 2,687 | 8.3 |
| VA,W | 1,266 | 1,263 | -0.2 | 1,218 | 1,162 | -4.6 | 1,067 | 1,168 | 9.5 |

**Table C.**
**U.S. District Courts—Civil Cases Commenced, Terminated, and Pending**
**During the 12-Month Periods Ending December 31, 2022 and 2023**

| Circuit and District | Filed | | | Terminated | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2022 | 2023 | Percent Change[1] | 2022 | 2023 | Percent Change[1] | 2022 | 2023 | Percent Change[1] |
| WV,N | 728 | 803 | 10.3 | 746 | 877 | 17.6 | 534 | 458 | -14.2 |
| WV,S[2] | 646 | 847 | 31.1 | 750 | 746 | -0.5 | 1,911 | 2,009 | 5.1 |
| 5th | 33,817 | 34,862 | 3.1 | 40,605 | 34,624 | -14.7 | 44,432 | 44,700 | 0.6 |
| LA,E | 5,030 | 6,979 | 38.7 | 9,024 | 6,839 | -24.2 | 17,355 | 17,500 | 0.8 |
| LA,M | 1,171 | 1,733 | 48.0 | 980 | 1,225 | 25.0 | 1,304 | 1,807 | 38.6 |
| LA,W | 6,256 | 1,879 | -70.0 | 3,946 | 4,575 | 15.9 | 6,727 | 4,029 | -40.1 |
| MS,N | 691 | 910 | 31.7 | 781 | 917 | 17.4 | 591 | 584 | -1.2 |
| MS,S | 1,385 | 3,677 | 165.5 | 1,632 | 1,480 | -9.3 | 1,372 | 3,568 | 160.1 |
| TX,N | 5,295 | 5,279 | -0.3 | 10,484 | 5,553 | -47.0 | 4,166 | 3,890 | -6.6 |
| TX,E | 3,087 | 3,301 | 6.9 | 3,060 | 3,106 | 1.5 | 3,282 | 3,498 | 6.6 |
| TX,S | 6,162 | 6,476 | 5.1 | 5,973 | 6,238 | 4.4 | 5,613 | 5,850 | 4.2 |
| TX,W | 4,740 | 4,628 | -2.4 | 4,725 | 4,691 | -0.7 | 4,022 | 3,974 | -1.2 |
| 6th | 18,535 | 18,929 | 2.1 | 16,606 | 15,785 | -4.9 | 37,869 | 41,021 | 8.3 |
| KY,E | 1,051 | 1,078 | 2.6 | 1,397 | 1,113 | -20.3 | 1,018 | 980 | -3.7 |
| KY,W | 1,230 | 1,190 | -3.3 | 1,367 | 1,286 | -5.9 | 1,392 | 1,295 | -7.0 |
| MI,E | 3,177 | 3,320 | 4.5 | 3,451 | 3,225 | -6.5 | 3,630 | 3,745 | 3.2 |
| MI,W | 1,587 | 1,651 | 4.0 | 1,544 | 1,519 | -1.6 | 1,146 | 1,276 | 11.3 |
| OH,N | 2,430 | 2,531 | 4.2 | 2,605 | 2,739 | 5.1 | 5,650 | 5,439 | -3.7 |
| OH,S | 5,637 | 5,450 | -3.3 | 2,625 | 2,452 | -6.6 | 21,210 | 24,198 | 14.1 |
| TN,E | 1,004 | 1,002 | -0.2 | 1,171 | 988 | -15.6 | 1,051 | 1,066 | 1.4 |
| TN,M | 1,242 | 1,609 | 29.5 | 1,263 | 1,424 | 12.7 | 1,332 | 1,517 | 13.9 |
| TN,W | 1,177 | 1,098 | -6.7 | 1,183 | 1,039 | -12.2 | 1,440 | 1,505 | 4.5 |
| 7th | 20,354 | 31,329 | 53.9 | 19,434 | 19,587 | 0.8 | 30,817 | 42,559 | 38.1 |
| IL,N | 7,799 | 17,548 | 125.0 | 7,914 | 8,243 | 4.2 | 9,868 | 19,174 | 94.3 |
| IL,C | 1,282 | 1,410 | 10.0 | 1,308 | 1,487 | 13.7 | 1,657 | 1,578 | -4.8 |
| IL,S | 3,146 | 4,078 | 29.6 | 1,328 | 1,638 | 23.3 | 4,090 | 6,532 | 59.7 |
| IN,N | 2,008 | 2,235 | 11.3 | 2,276 | 2,190 | -3.8 | 1,924 | 1,973 | 2.5 |
| IN,S | 3,728 | 3,457 | -7.3 | 3,903 | 3,443 | -11.8 | 10,831 | 10,841 | 0.1 |
| WI,E | 1,617 | 1,669 | 3.2 | 1,731 | 1,627 | -6.0 | 1,579 | 1,619 | 2.5 |
| WI,W | 774 | 932 | 20.4 | 974 | 959 | -1.5 | 868 | 842 | -3.0 |
| 8th | 11,625 | 12,861 | 10.6 | 11,952 | 11,924 | -0.2 | 15,300 | 16,222 | 6.0 |

**Table C.**
**U.S. District Courts—Civil Cases Commenced, Terminated, and Pending**
**During the 12-Month Periods Ending December 31, 2022 and 2023**

| Circuit and District | Filed | | | Terminated | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2022 | 2023 | Percent Change[1] | 2022 | 2023 | Percent Change[1] | 2022 | 2023 | Percent Change[1] |
| AR,E | 1,912 | 1,750 | -8.5 | 1,799 | 2,062 | 14.6 | 1,888 | 1,583 | -16.2 |
| AR,W | 860 | 834 | -3.0 | 922 | 863 | -6.4 | 679 | 651 | -4.1 |
| IA,N | 414 | 404 | -2.4 | 431 | 412 | -4.4 | 360 | 352 | -2.2 |
| IA,S | 536 | 647 | 20.7 | 514 | 612 | 19.1 | 475 | 510 | 7.4 |
| MN | 3,205 | 3,901 | 21.7 | 3,206 | 3,017 | -5.9 | 7,562 | 8,453 | 11.8 |
| MO,E | 1,644 | 2,005 | 22.0 | 1,939 | 1,785 | -7.9 | 1,533 | 1,720 | 12.2 |
| MO,W | 1,797 | 1,891 | 5.2 | 1,839 | 1,957 | 6.4 | 1,496 | 1,430 | -4.4 |
| NE | 711 | 820 | 15.3 | 696 | 649 | -6.8 | 618 | 790 | 27.8 |
| ND | 221 | 247 | 11.8 | 231 | 239 | 3.5 | 289 | 296 | 2.4 |
| SD | 325 | 362 | 11.4 | 375 | 328 | -12.5 | 400 | 437 | 9.3 |
| 9th | 42,881 | 44,477 | 3.7 | 42,671 | 44,001 | 3.1 | 45,933 | 46,478 | 1.2 |
| AK | 467 | 342 | -26.8 | 494 | 319 | -35.4 | 370 | 393 | 6.2 |
| AZ | 3,124 | 4,023 | 28.8 | 3,316 | 3,771 | 13.7 | 2,858 | 3,115 | 9.0 |
| CA,N | 9,066 | 6,521 | -28.1 | 7,823 | 6,499 | -16.9 | 13,114 | 13,154 | 0.3 |
| CA,E | 3,831 | 4,684 | 22.3 | 4,036 | 4,604 | 14.1 | 5,820 | 5,897 | 1.3 |
| CA,C | 13,848 | 15,767 | 13.9 | 13,955 | 15,540 | 11.4 | 10,355 | 10,610 | 2.5 |
| CA,S | 2,223 | 2,491 | 12.1 | 2,344 | 2,680 | 14.3 | 2,271 | 2,071 | -8.8 |
| HI | 584 | 660 | 13.0 | 616 | 569 | -7.6 | 479 | 568 | 18.6 |
| ID | 539 | 603 | 11.9 | 540 | 586 | 8.5 | 679 | 698 | 2.8 |
| MT | 634 | 589 | -7.1 | 631 | 581 | -7.9 | 666 | 671 | 0.8 |
| NV | 2,768 | 2,792 | 0.9 | 2,924 | 2,690 | -8.0 | 3,408 | 3,538 | 3.8 |
| OR | 2,013 | 1,989 | -1.2 | 2,358 | 2,051 | -13.0 | 2,389 | 2,329 | -2.5 |
| WA,E | 916 | 819 | -10.6 | 926 | 934 | 0.9 | 762 | 650 | -14.7 |
| WA,W | 2,817 | 3,152 | 11.9 | 2,644 | 3,126 | 18.2 | 2,417 | 2,446 | 1.2 |
| GU | 31 | 27 | -12.9 | 41 | 28 | -31.7 | 288 | 287 | -0.3 |
| NMI | 20 | 18 | -10.0 | 23 | 23 | 0.0 | 57 | 51 | -10.5 |
| 10th | 9,068 | 9,564 | 5.5 | 9,985 | 9,545 | -4.4 | 9,215 | 9,313 | 1.1 |
| CO | 3,363 | 3,468 | 3.1 | 3,505 | 3,401 | -3.0 | 3,003 | 3,077 | 2.5 |
| KS | 1,228 | 1,248 | 1.6 | 1,450 | 1,280 | -11.7 | 927 | 895 | -3.5 |
| NM | 988 | 1,174 | 18.8 | 1,226 | 1,164 | -5.1 | 1,208 | 1,230 | 1.8 |
| OK,N | 585 | 576 | -1.5 | 687 | 612 | -10.9 | 678 | 641 | -5.5 |
| OK,E | 390 | 448 | 14.9 | 425 | 474 | 11.5 | 511 | 485 | -5.1 |

**Table C.**
**U.S. District Courts—Civil Cases Commenced, Terminated, and Pending**
**During the 12-Month Periods Ending December 31, 2022 and 2023**

| Circuit and District | Filed | | | Terminated | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2022 | 2023 | Percent Change[1] | 2022 | 2023 | Percent Change[1] | 2022 | 2023 | Percent Change[1] |
| OK,W | 1,121 | 1,225 | 9.3 | 1,207 | 1,149 | -4.8 | 1,032 | 1,111 | 7.7 |
| UT | 1,082 | 1,174 | 8.5 | 1,206 | 1,206 | 0.0 | 1,478 | 1,449 | -2.0 |
| WY | 311 | 251 | -19.3 | 279 | 259 | -7.2 | 378 | 425 | 12.4 |
| **11th** | **56,785** | **109,211** | **92.3** | **100,687** | **85,419** | **-15.2** | **268,811** | **292,641** | **8.9** |
| AL,N | 1,681 | 1,855 | 10.4 | 1,871 | 1,808 | -3.4 | 2,023 | 2,077 | 2.7 |
| AL,M | 763 | 810 | 6.2 | 1,057 | 974 | -7.9 | 1,061 | 895 | -15.6 |
| AL,S | 522 | 492 | -5.7 | 595 | 511 | -14.1 | 537 | 521 | -3.0 |
| FL,N | 28,705 | 66,210 | 130.7 | 68,194 | 41,510 | -39.1 | 247,747 | 272,446 | 10.0 |
| FL,M | 8,609 | 9,216 | 7.1 | 9,117 | 9,136 | 0.2 | 6,420 | 6,523 | 1.6 |
| FL,S | 8,323 | 21,409 | 157.2 | 8,862 | 21,439 | 141.9 | 3,856 | 3,833 | -0.6 |
| GA,N | 6,025 | 6,955 | 15.4 | 8,536 | 7,718 | -9.6 | 5,315 | 4,554 | -14.3 |
| GA,M | 1,175 | 1,247 | 6.1 | 1,256 | 1,258 | 0.2 | 1,001 | 995 | -0.6 |
| GA,S | 982 | 1,017 | 3.6 | 1,199 | 1,065 | -11.2 | 851 | 797 | -6.3 |

NOTE: The number of pending cases in this report includes cases that have been transferred under a Multidistrict Litigation (MDL) order. Large numbers of civil cases may be temporarily assigned by the Judicial Panel on Multidistrict Litigation to a district judge for pretrial management.  As MDL cases vary greatly among districts, it is advisable to check with the relevant district court before drawing statistical conclusions about the number of pending cases for that district.
[1] Percent change not computed when fewer than 10 cases reported for the previous period.
[2] The higher number of pending cases reported for the Southern District of West Virginia is the result of reconciliation efforts conducted for pretrial management for the three-month period ending June 30, 2018.