# James Cordes

| | |
|---|---|
| **From:** | James Cordes <jim@jamescordes.com> |
| **Sent:** | Friday, May 16, 2025 1:29 PM |
| **To:** | 'Lavigne, Joseph' |
| **Cc:** | 'Forestner, David'; 'cblegare@law-llc.com'; 'ajc@jamescordes.com' |
| **Subject:** | RE: [EXTERNAL] 1:23-cv-05542-TWT Cinamaker v. Baker, overdue discovery responses and initial disclosures |

We do intend to continue, thank you. Please advise as to when we can receive Cinamaker's overdue discovery responses and initial disclosures. I would also put the same question to your client about the baseless theft claim, given there is no evidence of any intent to permanently deprive anybody of anything. Depending upon what is stated in Cinamaker's forthcoming discovery responses, we may have to see Rule 11 relief with respect to that claim.

If you would like to discuss this further, please let me know a couple days and times when you are available for a call.

James H. Cordes, Esq.
James H. Cordes and Associates
1335 State Street
Santa Barbara, CA 93101
(805) 965-6800
Direct (805) 961-5318
www.jamescordes.com
-----------------------------------
This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail.

**From:** Lavigne, Joseph <jlavigne@joneswalker.com>
**Sent:** Thursday, May 15, 2025 2:48 PM
**To:** James Cordes <jim@jamescordes.com>
**Cc:** Forestner, David <dforestner@joneswalker.com>; cblegare@law-llc.com; ajc@jamescordes.com
**Subject:** Re: [EXTERNAL] 1:23-cv-05542-TWT Cinamaker v. Baker, overdue discovery responses and initial disclosures

James, please see email below, which makes it pretty clear that your client understood the deferred comp was accrued in stock. Does your client still want to deal with this litigation?

Thanks
Joe

---------- Forwarded message ---------
From: **Gary Baker**<gary@cinamaker.net>
Date: Thu, Mar 1, 2018 at 11:55 AM
Subject: Re: Cinamaker Stock for Gary
To: Benjamin Nowak <benjamin@cinamaker.net>

1

This is a very kind and wonderful offer. I am pleased and honored. I look forward to working through the details with CFO/CPA sooner than later. Quick question: I imagine this is separate from the equity that is being earned and accrued in lieu of wages?

Thanks again, Ben!

Gary


Gary Baker
SVP, Corporate Development
Cinamaker, Inc.
www.cinamaker.net
gary@cinamaker.net
818-707-1706

Try Cinamaker for Free: Download Now
Join us: Web | Facebook | Instagram | Twitter | YouTube

Sent from my iPhone

> On May 15, 2025, at 12:54 PM, James Cordes <jim@jamescordes.com> wrote:
>
>
> Your responses to our interrogatories and your initial disclosures are overdue. By Friday, please give me a date certain within the next week in which we may expect responses. I'm available to discuss these matters anytime today or tomorrow.
>
> Your anticipated cooperation in this regard is appreciated.
>
> James H. Cordes, Esq.
> James H. Cordes and Associates
> 1335 State Street
> Santa Barbara, CA 93101
> (805) 965-6800
> Direct (805) 961-5318
> www.jamescordes.com
> ------------------------------------
> This e-mail may contain confidential and privileged material for the sole use of the intended recipient.  Any review or distribution by others is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete this e-mail.